# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION**

| | | |
|---|---|---|
| IN RE: § § | | Chapter 7 |
| LAUREN ENGINEERS & CONSTRUCTORS, INC., § § § § | | Case No. 21-10051-RLJ7 |
| *Debtors*. § § § | | |
| § § | | |
| MARKEL INSURANCE COMPANY § § | | |
| *Plaintiff*, § § § | | Adversary No. _____ |
| V. § § | | |
| ORIGIN BANCORP, INC. § § § | | |
| *Defendant*. § § | | |

## INDEX OF MATTERS

| No. | Document | Date Filed |
|---|---|---|
| 1. | Adversary Proceeding Cover Sheet. | |
| 2. | Taylor County Docket Sheet. | |
| 3. | Defendant Origin Bancorp, Inc.'s Original Answer. | 05/23/2021 |
| 4. | Return of Service of Citation. | 05/18/2021 |
| 5. | Citation of Origin Bancorp, Inc. | 04/26/2021 |
| 6. | Plaintiff Markel Insurance Company's Request for Issuance of Citation. | 04/26/2021 |
| 7. | Plaintiff Markel Insurance Company's Original Petition. | 04/22/2021 |

Respectfully Submitted,

MOUERHUSTON PLLC

By: */s/ Penn C. Huston*
    Penn C. Huston
    State Bar No. 00796804
    phuston@mouerhuston.com
    Jeffrey R. Elkin
    State Bar No. 06522180
    jelkin@mouerhuston.com
    MouerHuston PLLC
    349 Heights Blvd.
    Houston, TX 77007
    Telephone (832) 410-4540
    Facsimile (832) 209-8158
    *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was delivered on this 26th day of May 2021 through electronic filing on all counsel of record as follows:

Phillip W. Pemberton
Christopher R. Ward
Tracy L. R. Kambobe
CLARK HILL STRASBURGER
2600 Dallas Parkway, Suite 600
Frisco, TX 5034
*Counsel for Plaintiff*

        */s/ Penn C. Huston*
        Penn C. Huston