ntchrg (rev. 02/21)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Lauren Engineers & Constructors, Inc.<br><br>　　　　　　　　　　　Debtor(s)<br>Markel Insurance Company<br>　　　　　　　　　　　Plaintiff(s)<br>　vs.<br>Origin Bancorp, Inc.<br>　　　　　　　　　　　Defendant(s) | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No.:   21–10051–rlj7<br>Chapter No.:  7<br><br>Adversary No.:   21–01001–rlj |

# NOTICE SETTING Status Conference

A status conference has been set in the U.S. Bankruptcy Court for **July 7, 2021** at **01:30 PM** before the Honorable Robert L. Jones at U.S. Courthouse, 341 Pine St., Room 2201, Abilene, TX 79604 via WebEx to consider

Determination of removed claim or cause


DATED:  May 28, 2021　　　　　　　FOR THE COURT:
　　　　　　　　　　　　　　　　　Robert P. Colwell, Clerk of Court

　　　　　　　　　　　　　　　　　by: /s/C. Graham, Deputy Clerk