**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| | § | |
| LAUREN ENGINEERS & CONSTRUCTORS, INC., | § § § | Case No. 21-10051-RLJ7 |
| *Debtor*. | § § | |
| | | |
| MARKEL INSURANCE COMPANY | § § § | |
| *Plaintiff*, | § | Adversary No. 21-01001-RLJ |
| V. | § § | |
| ORIGIN BANCORP, INC. | § § | |
| *Defendant*. | § § | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that Jeffrey R. Elkin of MouerHuston PLLC hereby enters his appearance on behalf of Defendant Origin Bancorp, Inc. in the above-captioned matter. Mr. Elkin's Texas bar number is 06522180. Penn Huston of MouerHuston PLLC will remain attorney-in-charge.

This request for service includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading, request, and any other document or matter brought before the Court, whether formal or informal, written or oral, and whether transmitted by mail, hand delivery, facsimile, electronic service, or otherwise filed or made with regard to the referenced cases and proceedings. This Notice of Appearance shall not be deemed or construed to be a waiver of any rights, all of which are expressly reserved.

-2-

Date: June 2, 2021

                                                  Respectfully Submitted,

                                                  MOUERHUSTON PLLC

                                                  By: */s/ Jeffrey R. Elkin*
                                                         Penn C. Huston
                                                         State Bar No. 00796804
                                                         phuston@mouerhuston.com
                                                         Jeffrey R. Elkin
                                                         State Bar No. 06522180
                                                         jelkin@mouerhuston.com
                                                         MouerHuston PLLC
                                                         349 Heights Blvd.
                                                         Houston, TX 77007
                                                         Telephone (832) 410-4540
                                                         Facsimile (832) 209-8158
                                                         *Counsel for Defendant*

-3-

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was delivered on this 2nd day of June 2021 through electronic filing on all counsel of record as follows:

Phillip W. Pemberton
Christopher R. Ward
Tracy L. R. Kambobe
CLARK HILL STRASBURGER
2600 Dallas Parkway, Suite 600
Frisco, TX 5034
*Counsel for Plaintiff*

                                                                               */s/ Penn C. Huston*
                                                                               Penn C. Huston