**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 7** |
| | § | |
| **LAUREN ENGINEERS &** | § | |
| **CONSTRUCTORS, INC.,** | § | **Case No. 21-10051-RLJ7** |
| | § | |
| *Debtor*. | § | |

| | | |
|---|---|---|
| | § | |
| **MARKEL INSURANCE COMPANY** | § | |
| | § | |
| *Plaintiff*, | § | **Adversary No. 21-01001-RLJ** |
| | § | |
| **V.** | § | |
| | § | |
| **ORIGIN BANCORP, INC.** | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

**NOTICE OF SETTING FOR STATUS CONFERENCE**
[Refers to Dkt. 2]

**PLEASE TAKE NOTICE** that the Court has scheduled a Status Conference in the above-referenced adversary proceeding [Dkt. 2] to be held on July 7, 2021 at 1:30 PM before the Hon. Robert L. Jones, per Exhibit 1 attached. The purpose of the status conference is to "consider [d]etermination of removed claim or cause." The status conference will be held via WebEx. The meeting/dial-in information can be found on the Court's website (www.txnb.uscourts.gov) under Judge Jones's "Hearing Dates and Calendars" tab prior to the status conference.

Date: June 8, 2021.

Respectfully Submitted,

MOUERHUSTON PLLC

By: */s/ Penn C. Huston*
      Penn C. Huston
      State Bar No. 00796804
      phuston@mouerhuston.com
      Jeffrey R. Elkin
      State Bar No. 06522180
      jelkin@mouerhuston.com
      MouerHuston PLLC
      349 Heights Blvd.
      Houston, TX 77007
      Telephone (832) 410-4540
      Facsimile (832) 209-8158
      *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2021, a true and correct copy of the foregoing was served through the Court's CM/ECF system and by First Class U.S. Mail, postage pre-paid, to Phillip Pemberton, Clark Hill Strasburger, 2600 Dallas Parkway, Suite 600, Frisco, TX 75034.

      */s/ Penn C. Huston*
      Penn C. Huston