# EXHIBIT 1

ntchrg (rev. 02/21)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Lauren Engineers & Constructors, Inc. §
§ Case No.: 21–10051–rlj7
Debtor(s) § Chapter No.: 7
Markel Insurance Company §
Plaintiff(s) § Adversary No.: 21–01001–rlj
vs. §
Origin Bancorp, Inc. §
Defendant(s) §

## NOTICE SETTING Status Conference

A status conference has been set in the U.S. Bankruptcy Court for **July 7, 2021** at **01:30 PM** before the Honorable Robert L. Jones at U.S. Courthouse, 341 Pine St., Room 2201, Abilene, TX 79604 via WebEx to consider

Determination of removed claim or cause


DATED:  May 28, 2021        FOR THE COURT:
                            Robert P. Colwell, Clerk of Court

                            by: /s/C. Graham, Deputy Clerk