**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § § § | |
| **Lauren Engineers & Constructors, Inc.** | § § | **Case No. 21-10051 rlj7** |
| | § § | **Chapter 7** |
| Debtor. | § § | |
| **Markel Insurance Company,** | § § | |
| Plaintiff, | § § | |
| v. | § § | **Adv. No. 21-01001-rlj** |
| **Origin Bancorp, Inc.,** | § § | |
| Defendant. | § § | |

**ORDER GRANTING MARKEL INSURANCE COMPANY'S MOTION TO WITHDRAW THE REFERENCE UNDER 28 U.S.C. § 157(d), FEDERAL RULE OF BANKRUPTCY PROCEDURE 5011 AND LOCAL BANKRUPTCY RULE 5011-1**

Upon consideration of the Motion to Withdraw the Reference Under 28 U.S.C. § 157(d), Federal Rule of Bankruptcy Procedure 5011 and Local Bankruptcy Rule 5011-1 (the "**Motion**") filed by Markel Insurance Company, the Court finds that cause exists to grant the Motion. It is hereby:

**ORDERED** that the Motion is granted;

**ORDERED** that the Order of Reference be withdrawn that was entered under Miscellaneous Order No. 33 of the United States District Court for the Northern District of Texas; and

**ORDERED** that the Lawsuit[1] styled as Adversary Proceeding No. 21-010010-rlj currently pending before the United State Bankruptcy Court for the Northern District of Texas be immediately transferred to the United States District Court for the Northern District of Texas.

**IT IS SO ORDERED.**

### END OF ORDER ###

---

[1] Terms not defined herein, possess the meaning prescribed to them in the Motion.