**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | |
| Lauren Engineers & Constructors, Inc. | § § | Case No. 21-10051 rlj7 |
| | § § | Chapter 7 |
| Debtor. | § § | |
| Markel Insurance Company, | § § | |
| Plaintiff, | § | |
| v. | § § | Adv. No. 21-01001-rlj |
| Origin Bancorp, Inc., | § § | |
| Defendant. | § | |

**STIPULATED SCHEDULING ORDER**

Having considered the parties' Joint Status Report and Motion for Entry of a Stipulated Scheduling Order, the Court enters this schedule stipulated to by the parties and directs compliance with the following deadlines. Except for deadlines impacting the Court's calendar, the parties may extend intermediate deadlines based on agreement without needing to file a motion or stipulated order with the Court.

| Description | Date |
|---|---|
| Deadline to exchange initial disclosures | September 3, 2021 |
| Expert disclosure deadline for affirmative claims | November 19, 2021 |
| Rebuttal expert disclosure deadline | December 31, 2021 |
| Close of discovery | February 11, 2022 |
| Dispositive motion deadline | February 11, 2022 |
| Exchange of exhibit and witness lists | February 23, 2022 |
| Dispositive motions must be heard by this date | March 2, 2022 |
| File list of exhibits and witnesses | March 2, 2022 |
| File proposed findings of fact and conclusions of law | March 9, 2022 |
| File trial briefs | March 9, 2022 |
| File joint pretrial order | March 9, 2022 |
| Pretrial conference | March 9, 2022 |
| Docket call | March 23, 2022 |

# # # End of Order # # #

Submitted by,

/s/ Duane J. Brescia
Duane J. Brescia
Stephen A. Roberts
**CLARK HILL, PLC**
720 Brazos, Suite 700
Austin, TX 78701
(512) 499-3647 (direct)
dbrescia@clarkhill.com
sroberts@clarkhill.com

Audrey L. Hornisher
**CLARK HILL, PLC**
901 Main Street, Suite 6000
Dallas, TX 75202
(214) 651-2056 (direct)
ahornisher@clarkhill.com

Christopher R. Ward
Phil W. Pemberton
**CLARK HILL, PLC**
2600 Dallas Parkway, Suite 600
Frisco, TX 75034
(214) 651-4722 (direct)
cward@clarkhill.com
ppemberton@clarkhill.com

**COUNSEL FOR MARKEL INSURANCE COMPANY**

**AND**

/s/ Penn C. Huston (with permission)
Penn C. Huston
Jeffrey R. Elkin
**MOUERHUSTON PLLC**
349 Heights Blvd.
Houston, TX 77007
Telephone (832) 410-4540
Facsimile (832) 209-8158
phuston@mouerhuston.com
jelkin@mouerhuston.com

**COUNSEL FOR ORIGIN BANCORP, INC.**